IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY A. SNYDER,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| NANCY A. BERRYHILL[1],<br>Defendant. | : | NO. 16-CV-4048 |

## O R D E R

AND NOW, this 29th day of January, 2018, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED; and

3. this matter is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

_____
MITCHELL S. GOLDBERG,         J.

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Fed. R. Civ. P. 25(d), Nancy A. Berryhill has been substituted for Carolyn W. Colvin as the defendant in this suit.